XUNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
August 30, 2024
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JJUAN BROWN,<br><br>　　　　Defendant. | Case No.  2:22-cr-00058-DJC<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  JJUAN BROWN ,

Case No.  2:22-cr-00058-DJC , Charge 18 USC § 371, 922(a) , from custody for the following reasons:

　　___　Release on Personal Recognizance

　　_X_　Bail Posted in the Sum of $ _____

　　　　　_X_　Unsecured Appearance Bond $  30,000.00

　　　　　___　Appearance Bond with 10% Deposit

　　　　　___　Appearance Bond with Surety

　　　　　___　Corporate Surety Bail Bond

　　　　　___　(Other):

Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on August 28, 2024 at 3:30 PM

DATE: August 30, 2024    By: _/s/ Jeremy Peterson_____
　　　　　　　　　　　　　　　　Magistrate Judge Jeremy D. Peterson