```
TAMARA SOLOMAN, SBN 183841
LAW OFFICES OF TAMARA SOLOMAN
P.O. Box 5482
El Dorado Hills, CA 95762
Telephone:   (916) 712-8962
E-Mail:      solomanlaw@yahoo.com

Attorney for Defendant
JJUAN BROWN
```

# IN THE UNITED STATES OF DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JJAN BROWN,<br><br>    Defendant. | Case No.: 2:22-CR-00058 DJC<br><br>**WAIVER OF DEFENDANT'S PRESENCE** |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, defendant hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this cause, including, but not limited to, when a continuance is ordered, and when any other action is taken by the court before or after hearing, <u>except</u> upon arraignment, plea, trial confirmation hearing, impanelment of jury, during trial, and imposition of sentence. Defendant hereby requests the court to proceed during every absence of his which the court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present; and further agrees to be present in court ready for hearing any day and hour the court may fix in his absence.

Defendant further acknowledges that he has been informed of his rights under Title 18 U.S.C. §§ 3161-3171 (Speedy Trial Act), and authorizes his attorney to set times and delays under the Act without defendant being present.

DATED: September 11, 2024

_____
Defendant

DATED: September 11, 2024

_____
TAMARA SOLOMAN
Attorney for Defendant

ORDER

IT IS SO ORDERED

Dated: October 9, 2024                    /s/ Daniel J. Calabretta
                                          THE HONORABLE DANIEL J. CALABRETTA
                                          UNITED STATES DISTRICT JUDGE