TAMARA SOLOMAN, SBN 183841
LAW OFFICES OF TAMARA SOLOMAN
P.O. Box 5482
El Dorado Hills, CA 95762
Telephone:   (916) 712-8962
E-Mail:   solomanlaw@yahoo.com

Attorney for Defendant
JJUAN BROWN

# IN THE UNITED STATES OF DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JJUAN BROWN,<br><br>    Defendant. | Case No.: 2:22-CR-00058 DJC<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |

## STIPULATION

1. By previous order, this matter was set for sentencing on October 23, 2025.

2. By this stipulation, defendant now moves to continue the sentencing hearing to December 18, 2025, at 9:00 AM.  Counsel for defendant needs time to respond to the PSR, meet with her client and prepare for sentencing.

3. No exclusion of time is necessary as this matter is set for sentencing.

- 1 -

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

5. It is therefore requested that the PSR and judgment and sentencing schedule be modified as follows:

| | |
|---|---|
| Proposed Presentence Report Due: | Completed |
| Written Objections to Presentence Report Due: | November 13, 2025 |
| Presentence Report Due: | November 20, 2025 |
| Motion for Correction of Presentence Report Due: | December 4, 2025 |
| Reply or Statement Due: | December 11, 2025 |
| Judgment and Sentencing: | December 18,2025 |

IT IS SO STIPULATED.

Respectfully submitted,

Dated:   October 7, 2025          /s/ Tamara Soloman
                                  TAMARA SOLOMAN
                                  Attorney for Defendant
                                  JJUAN BROWN

Dated:   October 7, 2025          /s/ Ross Pearson
                                  ROSS PEARSON
                                  Assistant United States Attorney
                                  Counsel for Plaintiff

- 2 -

**ORDER**

IT IS SO FOUND AND ORDERED

Dated: October 7, 2025    /s/ Daniel J. Calabretta
                         _____
                         THE HONORABLE DANIEL J. CALABRETTA
                         UNITED STATES DISTRICT JUDGE