TAMARA SOLOMAN, SBN 183841
LAW OFFICES OF TAMARA SOLOMAN
P.O. Box 5482
El Dorado Hills, CA 95762
Telephone:   (916) 712-8962
E-Mail:      solomanlaw@yahoo.com

Attorney for Defendant
JJUAN BROWN

# IN THE UNITED STATES OF DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>JJUAN BROWN,<br><br>　　　　Defendant. | Case No.: 2:22-CR-00058 DJC<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |

## STIPULATION

1. By previous order, this matter was set for sentencing on December 18, 2025.

2. By this stipulation, defendant now moves to continue the sentencing hearing to February 26, 2026, at 9:00 AM. Counsel for defendant needs time to respond to the PSR, meet with her client and prepare for sentencing.

3. No exclusion of time is necessary as this matter is set for sentencing.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

5. It is therefore requested that the PSR and judgment and sentencing schedule be modified as follows:

| | |
|---|---|
| Proposed Presentence Report Due: | Completed |
| Written Objections to Presentence Report Due: | January 15, 2026 |
| Presentence Report Due: | January 29, 2026 |
| Motion for Correction of Presentence Report Due: | February 12, 2026 |
| Reply or Statement Due: | February 19, 2026 |
| Judgment and Sentencing: | February 26, 2026 |

IT IS SO STIPULATED.

Respectfully submitted,

Dated:   October 7, 2025         /s/ Tamara Soloman
                                 TAMARA SOLOMAN
                                 Attorney for Defendant
                                 JJUAN BROWN

Dated:   October 7, 2025         /s/ Ross Pearson
                                 ROSS PEARSON
                                 Assistant United States Attorney
                                 Counsel for Plaintiff

**ORDER**

IT IS SO FOUND AND ORDERED

Dated: November 17, 2025         /s/ Daniel J. Calabretta
_____
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE