ERIC GRANT
United States Attorney
ROSS PEARSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:22-CR-00058-DJC |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| JJUAN BROWN, | DATE: February 26, 2026 |
| Defendant. | TIME: 9:00 a.m. |
| | COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      This case was initially set for sentencing hearing on October 23, 2025.  At request of counsel for Brown, the parties stipulated to continue the sentencing hearing twice, first to December 18, 2025, *see* ECF No. 356, then to the currently scheduled date of February 26, 2026.  *See* ECF No. 376.

2.      By this stipulation, the parties now move to continue the sentencing hearing until March 26, 2026. A continuance to March 26 will give the parties sufficient time to file sentencing memoranda and prepare for sentencing, and the government needs additional time to respond to the objection to the PSR filed by Brown, ECF No. 395. No exclusion of time is necessary, because the defendant has pleaded guilty and this matter is set for sentencing.

STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING

1

3. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  February 23, 2026

ERIC GRANT
United States Attorney

/s/ ROSS PEARSON
ROSS PEARSON
Assistant United States Attorney

Dated:  February 23, 2026

/s/ TAMARA SOLOMON
TAMARA SOLOMON
Counsel for Defendant
JJUAN BROWN
(Authorized by email on
February 23, 2026)

## ORDER

IT IS SO FOUND AND ORDERED this 23rd day of February, 2026.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING

2